## William H. Murphy, Appellant, v. Jarvis Chevrolet Company, et al., Appellees.
## Sarah Dargel, Appellant, v. Jarvis Chevrolet Company et al., Appellees.

### Gen. No. 9,619.

opinion filed April 25, 1941; rehearing denied June 24, 1941. Johnson & Potter, for appellants; McGrath & Copeland, for certain appellee; Clarence W. Heyl, for certain other appellee; Cassidy, Knoblock & Sloan, for certain other appellee; John F. Sloan, Jr., of counsel. Opinion by JUSTICE DOVE. ''Not to be published in full.''